Case 2:16-cv-00476   Document 6   Filed on 11/09/16 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EMILY GRAHN, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:16-CV-476 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND RECOMMENDATION TO DENY APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner filed this petition pursuant to 28 U.S.C. § 2254 challenging her Nueces County capital murder conviction (D.E. 1). Pending is her application for leave to proceed *in forma pauperis* (D.E. 2). Petitioner's trust fund statement reflects a balance of $9.59 (D.E. 3). Her six-month deposits were $200. The filing fee is $5.00. Petitioner can afford to pay the $5.00 filing fee.

It is respectfully recommended that Petitioner's application for leave to proceed *in forma pauperis* (D.E. 2) be denied, and that Petitioner be ordered to pay the $5.00 filing fee within thirty (30) days.

Respectfully submitted this 9th day of November, 2016.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).